## Ex Parte Kuinlam.

Apelación procedente de la Corte de Distrito de San Juan.

No. 125.—Resuelto en mayo 12, 1904.

Dominio—Posesión para Adquirirlo.—Si en una información de dominio, el promovente no acreditare una posesión con justo título, por más de seis años, o que la posesión ha sido quieta, pacífica y no interrumpida, durante treinta años, no es posible declarar justificado a su favor el dominio del inmueble.

### EXPOSICIÓN DEL CASO.

En los autos seguidos en el Tribunal del Distrito de San Juan por el Abogado Don Luis Freyre Barbosa, a nombre (*) de Don Juan José Cesáreo Kuinlam, sobre acreditar el dominio de una finca rústica, pendientes ante nos a virtud de apelación interpuesta por el promovente contra la sentencia dictada por el referido tribunal de distrito, la que copiada a la letra dice así:

"Puerto Rico, septiembre 1 de 1903.

"*Resultando*: que el Letrado Don Luis Freyre Barbosa, en representación de Don José Cesáreo Kuinlam, acudió al tribunal el día 20 de febrero, con escrito alegando que su causahabiente, careciendo de título escrito, deseaba justificar, con arreglo al artículo 395 de la Ley Hipotecaria y Orden Judicial de 4 de abril de 1899, el dominio que tenía de un predio de terrenos, sito en el barrio de Candelaria, de Toa Baja, hoy jurisdicción de Bayamón, compuesto de 20 cuerdas de terreno equivalentes a 9 hectáreas, 11 áreas y 70 centiáreas, colindantes, por el Norte, con el mismo dueño y Laureano Rodríguez; por el Sur, con Don Nicolás Román representado por su esposa, Martina Medina, y Don Leandro Semprit; por el Este, Doña Teresa Prieto y Antonio Incel, y por el Oeste, Marcela Ortiz y Socorro Cruz, alegando que su causahabiente lo adquirió del Ayuntamiento de Toa Baja y que el terreno tiene el valor de $360, suplicando la citación del anterior poseedor y colindantes y del Sr. Fiscal, publicación de edictos, convocando a las personas ignoradas a quienes pudiera perjudicar la inscripción, y que se libren despachos al Juez Municipal de Baya-

món para la práctica de la información correspondiente con los interrogatorios siguientes: 1. Generales de la ley; 2. Ser cierto y constarles que la finca que se describe es propiedad de mi representado por haberla adquirido hace unos cinco años; 3. Ser cierto que desde la fecha de su adquisición ha venido en posesión de ella y disfrutándola quieta y pacíficamente, sin oposición de nadie.

"*Resultando*: que admitida y evacuado traslado por el Ministerio Fiscal, publicados los edictos en el *Heraldo Español*, citados los colindantes y además Don Juan Matheu en carácter de representante del Ayuntamiento de Toa Baja, el anterior poseedor. (*)

"*Resultando*: que practicada la información testifical, dos testigos declararon al interrogatorio 2º. que era cierto y les constaba, e igualmente al interrogatorio 3º., añadiendo que el terreno descrito lo adquirió el promovente del Ayuntamiento de Toa Baja y éste, Inocencio Rojas, en virtud de expediente de apremio tramitado para el pago de contribuciones y que dicho Rojas poseyó dicho terreno por más de veinte años sin oposición de tercero.

"*Resultando*: que vencido el término de 60 días sin haberse hecho á la declaración de dominio solicitada consignación alguna y señalado día para la comparecencia verbal con citación del Señor Fiscal se celebró ésta en la que alegó el promovente lo que él creyó necesario.

"*Considerando*: que la posesión con justo título por más de seis años no está probada, pues Kuinlam sólo ha poseído durante cinco años por título de compra al ayuntamiento, no constando el tiempo que poseyó el ayuntamiento, ni si el título porque adquirió era justo, por no haberse traído copia certificada del expediente de apremio, ni el título de posesión de Rojas.

"*Considerando*: que la información testifical practicada no basta para declarar un título de dominio, fundado en la posesión quieta, pacífica y no interrumpida, durante 30 años, pues los testigos no expresaron la razón de su dicho al declarar que Rojas poseyó dicho terreno por más de 20 años, ni tampoco que dicha posesión allegara a 30 años. Vista la Ley Hipotecaria artículo 395, y Orden Judicial de 4 de abril de 1899, y artículo 1247 del Código Civil. Se declara sin lugar el dominio solicitado. Así lo acordaron y firman los jueces del tribunal: certifico. Frank H. Richmond, José Tous Soto, Otto Schoenrich. Luis Méndez Vaz."

*Resultando*: que contra esta sentencia interpuso apelación la representación del promovente, la que le fué admitida

libremente y en ambos efectos, y que elevados los autos a esta Superioridad, con citación y emplazamiento de las partes, y personada la apelante, se dió al recurso la tramitación correspondiente, y se señaló día para la vista, a cuyo acto sólo asistió el Señor Fiscal de este Tribunal Supremo, que impugnó el recurso.

Abogado del apelante: *Sr. Freyre Barbosa.*

Abogado del Pueblo: *Sr. del Toro, Fiscal.* (*)

EL JUEZ PRESIDENTE SR. QUIÑONES, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Aceptando* los fundamentos de hecho y de derecho de la sentencia apelada. ·

*Fallamos*: que debemos confirmar y confirmamos la expresada sentencia, con las costas al apelante.

Jueces concurrentes. Sres. Hernández, Figueras y Mac-Leary.

El Juez Asociado Sr. Sulzbacher no formó tribunal en la vista de este caso.